FILED: July 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4375

(7:13-cr-00013-JCT-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM A. WHITE

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellee's motion for supplemental briefing, filed with appellant's concurrence, the court grants the motion.

The parties are directed to file supplemental briefs on or before August 13, 2015, addressing the effect of the Supreme Court's decision in <u>Elonis v. United States</u>, 135 S. Ct. 2001 (2015).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk