**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 28, 2015

_____

NOTICE OF COPY REQUIREMENTS
(Fourth Circuit Standing Order 14-01)

_____

No. 14-4375,   <u>US v. William White</u>
               7:13-cr-00013-JCT-1

TO:   William A. White
       United States of America

COPIES DUE: 08/04/2015 (Appellee's Response Brief filed 10/27/14)
                      08/13/2015 (Appellant's Supplemental Opening Brief and
                                Appellee's Supplemental Response Brief)

     The court having tentatively assigned this case for oral argument, you must file, for use by the argument panel, three additional paper copies of your briefs and appendices, including any sealed or supplemental briefs and appendices, and any addenda or attachments. The three paper copies for the argument panel are in addition to the single paper copy required by Standing Order 14-01. No ECF entry is required for paper copies, but they must be received by the court no later than 08/04/2015 and 08/13/2015. If you have not yet filed a paper copy of your brief, the copy required by Standing Order 14-01 and the three additional copies required by this order should be filed at the same time.

                                                                 /s/ PATRICIA S. CONNOR, CLERK